UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER INC., et al., <br><br> Defendants. | Case No.  15-mc-80249-JSC <br><br> **ORDER RE: MOTION TO COMPEL THIRD PARTY DISCOVERY** <br><br> Re: Dkt. No. 1 |

In a related action pending before another court in this District, Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago") brings claims of patent infringement against Defendants Asustek Computer Inc. and Asus Computer International ("Asus").  Now pending before the Court is Plaintiff's motion to compel discovery from third party Advanced Micro Devices, Inc. ("AMD"). (Dkt. No. 1.)  Having considered the parties submissions, and having had the benefit of oral argument on November 12, 2015, the Court GRANTS IN PART the motion to compel.  Specifically, the Court ORDERS AMD to produce by **November 20, 2015**, technical documents on the AMD chips referred to in the September 21, 2015 email of AMD's Director of Litigation, Chris Jacobs.  (*See* Dkt. No. 1-2 at 43.)  In addition, Avago shall disclose to AMD by close of business on **November 13, 2015** the Asus products accused of infringement in the underlying litigation.  This Order disposes of Docket No. 1.

**IT IS SO ORDERED.**

Dated: November 12, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge